Dismissed and Memorandum Opinion filed February 12, 2009








Dismissed
and Memorandum Opinion filed February 12, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01105-CV

____________

 

PLAINS MARKETING, L.P., Appellant

 

V.

 

CHRISTOPHER WALKER, aka and bspa CHRISTOPHER W.
WALKER, CHRIS W. WALKER, CHRIS WALKER and C.W. WALKER, Appellees

 



 

On Appeal from the 234th District Court 

Harris County,
Texas

Trial Court Cause
No. 2007-35247

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 2, 2008.  On January 30, 2009,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.